| | |
|---|---|
| Attorney or Party without Attorney:<br>KRISTIN MARTIN<br>DAVIS COWELL & BOWE LLP<br>595 MARKET STREET<br>SUITE 1400<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-597-7200    FAX No: 415-597-7201<br><br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: UNITE HERE INTERNATIONAL UNION
Defendant: SHINGLE SPRINGS BAND OF MIWOK INDIANS

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-00384-TLN-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PETITION TO COMPEL ARBITRATION; NOTICE OF AVAILABILITY; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXCERCISE JURISDICTION AND APPEAL INSTRUCTIONS; ORDER REQUIRING JOINT STATUS REPORT

3. a. Party served:        SHINGLE SPRINGS BAND OF MIWOK INDIANS
   b. Person served:       CYNTHIA ROMERO, ADMINISTRATIVE ASSISTANT. AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:    5168 HONPIE ROAD
                                           PLACERVILLE, CA 95667

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Feb. 29, 2016 (2) at: 9:10AM

7. *Person Who Served Papers:*
   a. RICHARD SNELL

   First Legal
   1814 "I" Street
   Sacramento, CA 95814
   Telephone    (916) 444–5111
   Fax          (916) 443–3111
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:  2005-55
      (iii) County:            Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Mar. 01, 2016

                                                                    (RICHARD SNELL)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS                                      9906675  .davcow.780805