Christopher F. Wohl, SBN: 170280
Tiffany T. Tran, SBN: 294213
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Boulevard, Suite 455
Sacramento, CA 95825
Telephone:    (916) 442-3552
Facsimile:    (916) 640-1521
E-mail:       ttran@pkwhlaw.com.

Attorneys for Respondent
SHINGLE SPRINGS BAND OF MIWOK INDIANS

KRISTIN L. MARTIN, SBN: 206528
ERIC B. MYERS, SBN: 223125
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Telephone:    (415) 597-7200
Facsimile:    (415) 597-7201
E-mail:klm@dcbsf.com

Attorney for Petitioner
UNITE HERE INTERNATIONAL UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE INTERNATIONAL UNION,<br><br>       Petitioner,<br><br>       v.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; DOES 1-100,<br><br>       Respondent. | Case No. 2:16-CV-00384-TLN-EFB<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR RESPONDENT TO FILE RESPONSIVE PLEADING; ORDER** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Pursuant to U.S.D.C. Eastern District of California Local Rule 144 (Fed. R. Civ. P. 6), Petitioner UNITE HERE INTERNATIONAL ("Petitioner"), by and through its undersigned counsel, and Respondent SHINGLE SPRINGS BAND OF MIWOK INDIANS ("Respondent"), by and through its undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to

extend by one week Respondent's time to file a responsive pleading from Wednesday, August 10, 2016 to August 17, 2016.

**IT IS SO STIPULATED AND REQUESTED.**

Dated: August 11, 2016          PALMER KAZANJIAN WOHL HODSON LLP

                                By: /s/ Christopher F. Wohl
                                    Christopher F. Wohl
                                    Tiffany Tran

                                    Attorneys for Respondent
                                    SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: August 11, 2016          DAVIS, COWELL & BOWE, LLP

                                By: /s/ Kristin Martin [as authorized on 8/10/16]
                                    Kristin L. Martin
                                    Eric B. Myers

                                    Attorneys for Petitioner
                                    UNITE HERE INTERNATIONAL UNION

**ORDER**

Having reviewed the above Stipulation, the parties request to extend by one week Respondent's time to file a responsive pleading from August 10, 2016 to August 17, 2016 is approved.

**IT IS SO ORDERED**.

Dated: August 11, 2016

                                            Troy L. Nunley
                                            United States District Judge

PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATED REQUEST TO EXTEND TIME FOR RESPONDENT TO FILE RESPONSIVE PLEADING; ORDER                    2.